**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Pierre S Brutus                    Case No. 12-33351-RBR
                                           Chapter

_____Debtor_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, <u>American Property Locators, Inc.</u>, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $<u>  3,223.26  </u>, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. § 2041 as unclaimed funds held in the name of <u>Solace Financial LLC</u>. Applicant further states that:

1.   (Indicate one of the following items:)

   ___ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant. If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both. Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

   ___ Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited. **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

   ___ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under

whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

_X_  Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

___  Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

___  Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. § 2042.

Dated: 4/28/15

Solace Financial LLC
Name Under Which Funds Were Deposited

_____6_____
Claim Number

Solace Financial LLC
Name of Party On Whose Behalf Application Was Filed*

Address: 3 Rickle Lane

Ladera Ranch, CA   92694

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #) 73-1425193

Greg Griffith, Locator
Print Name and Title of Applicant

American Property Locators, Inc.
Print Company Name

3855 S Boulevard, Suite 200
Print Street Address

Edmond, OK   73013
Print City and State

(405) 340-4900
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me
on April 28, 2015

NOTARY PUBLIC, AT LARGE
STATE OF OKLAHOMA

[Notary Seal: KATRINA J. CUTTER, NOTARY, #03004752, EXP. 04/27/19, STATE OF OKLAHOMA, PUBLIC]

LF-27 (rev. 12/01/2009)        Page 3 of 3

# LIMITED POWER OF ATTORNEY

Solace Financial LLC, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

**ONLY to recover cash or cash equivalents specifically arising from the bankruptcy of Pierre S Brutus, that belong to the Principal,**

and may be paid to Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney for any purpose, in lieu of the original.

Dated this 22 day of APRIL, 2015

PRINCIPAL:  
Solace Financial  
Federal ID # _____  
By: _____  
Title: PRESIDENT/CEO

PRINCIPAL'S ADDRESS:

21520 Yorba Linda Blvd., Ste G-470  
Yorba Linda, CA 92887  
714-325-1950

## ACKNOWLEDGMENT

STATE OF _____ )

COUNTY OF _____ )

Before me, a Notary Public, in and for said County and State on this _____ day of _____, 20__ personally appeared _____ to me known to be the identical person who subscribed his/her name to the foregoing instrument as its _____ (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission expires:

See the attached certificate.

_____  
Notary Public

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of __Orange__ )

On __April 22, 2015__ before me, __Dalsung D. Chong, Notary Public__,
       Date                                    Here Insert Name and Title of the Officer

personally appeared __John Jewelinski__
                          Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**DALSUNG D. CHONG**
Commission # 2071888
Notary Public - California
Orange County
My Comm. Expires Jul 17, 2018

Signature _____
       Signature of Notary Public

Place Notary Seal Above
──────────────── **OPTIONAL** ────────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____  Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____              Signer's Name: _____
☐ Corporate Officer — Title(s): _____     ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General             ☐ Partner — ☐ Limited ☐ General
☐ Individual    ☐ Attorney in Fact          ☐ Individual    ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator   ☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____                    ☐ Other: _____
Signer Is Representing: _____     Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Pierre Brutus                                Case No. 12-33351
_____ Debtor ___ /                        Chapter

## AFFIDAVIT OF CLAIMANT

I, John Je_____, am (indicate status of claimant)

( ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to _____ a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) a duly authorized representative for the claimant "business"
as:

( ) creditor claiming funds deposited in the name of a creditor in my case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

( ) creditor claiming funds deposited in the name of the in my case who has granted a power of attorney to _____, a "funds locator" or attorney, to submit an application on my behalf; or

(X) a duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney) who has granted a power of attorney to Smith & Property Locators, Inc. a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $ 3,223.26 deposited in this court in the name of Source Financial LLC and representing claim number 6 (if no claim was filed use "scheduled" in blank space).

2.  Claimant History: Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulations between old and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government issued ID to prove your identity.

LF-28 (rev. _____)                         Page 1 of 2

3.         the "business" I represent as claimant) have neither previously received          these funds nor have contracted with any other party other than the person        as a "funds locator" or attorney in paragraph one above to recover these funds

            that the foregoing statements are true and correct to the best of my knowledge

Dated: 4/22/15

signature of claimant or representative of "business" claimant

John Jewelinski
print name

President/CEO
title

8405
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport"

21520 Yorba Linda Blvd., Ste G-470,
Yorba Linda, CA 92887
address

714-325-1950
phone number

N/A
signature of joint debtor (if applicable)

N/A
print name

N/A
Last Four Digits of Social Security # or Tax ID# (EIN #)
     (Note: attach a copy of an official government photo id such as a driver's license or passport"

Sworn to and subscribed before me
on April 22, 2015

NOTARY           AT LARGE

STATE OF California


DALSUNG D. CHONG
Commission # 2071888
Notary Public - California
Orange County
My Comm. Expires Jul 17, 2018



JACK J. JEWELINSKI
PRESIDENT / CEO

SOLACE FINANCIAL LLC

160 N. RIVERVIEW DRIVE
SUITE 200
ANAHEIM HILLS, CA 92808

PHONE: 714. 632. 7754
FAX: 714. 632. 7758
JJJ@SolaceFinancial.com
www.SolaceFinancial.com

## Certificate of Authority to Act for
## Solace Financial LLC

I, the unde...... John Jewelinski, as **President/CEO** of Solace Financial LLC, do hereby certify that ... ... ority to act on behalf of Solace Financial LLC, in all matters for Solace Financial ... ...ding, without limitation, the recovery of unclaimed funds arising from bankruptcy ...

IN WITNESS HEREOF, I have hereunto signed my name this __22__ day of __April__, 2015.

Solace Fin...

By: _____

### Notary Acknowledgement

STATE OF California )
COUNTY OF Orange )

Before ... ...ersigned a Notary Public, in and for said County and State on this __22nd__ day of __April__, 20__15__ personally appeared __John Jewelinski__ to me known to be the identical per... ...scribed (s)he... name to the foregoing instrument, as its _____ and acknowledge... ...that he/she executed the same as his/her free and voluntary act and deed of such corporation ... ...poses therein set forth.

In Witness ... ...of I have hereunto set my official signature and affixed my official seal the day and year first ... ...

My Commission ... ...

Notary _____

See the attached certificate

CHONG
2071888
California
nty
17, 2018

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**   CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )
County of __Orange__  )

On __April 22, 2015__ before me, __Dalsung D. Chong, Notary Public__
         Date                                    Here Insert Name and Title of the Officer
personally appeared __John Jewelinski__
                        Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

DALSUNG D. CHONG
Commission # 2071888
Notary Public - California
Orange County
My Comm. Expires Jul 17, 2018

Signature _____
           Signature of Notary Public

Place Notary Seal Above

─────────── **OPTIONAL** ───────────
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907



**Internal Revenue Service** — The Digital Daily

DEPARTMENT OF THE TREASURY

## Federal Tax ID / EIN

This is your provisional Employer Identification Number:

**20-5165004**

Today's Date is: June 30, 2006 GMT

You will receive a confirmation letter in U.S. mail within fifteen days. The letter will also contain useful tax information for your business or other activity.

If you put any of the information on your application in error, please wait a day and contact the EIN Toll Free area at 1-800-829-4933, Monday - Friday, 7:30 am - 5:30 pm. If you do not want to call, please make corrections on the letter you receive confirming your EIN and return it to the IRS.

If you are going to complete other on-line applications that require your Employer Identification Number(EIN) you can copy it by performing the following steps:

Use your mouse to highlight your EIN (blue number on top of page) by placing your pointer on top of the number.
Hit the Ctrl key, at the same time pressing the C key.

To paste your EIN you can paste it in the appropriate place by pressing the Ctrl key at the same time pressing the V key.

Please click on the buttons below for different print options or to fill out another form SS-4.

    Review and Print Form SS-4       Fill Out Another Form SS-4

Please click return to the Internet Employer Identification Number application page.

| Form SS-4 | Application for Employer Identification Number | EIN |
|---|---|---|
| (Rev. December ...) Department of Treasury Internal Revenue | (For use by employers, corporations, partnerships, trusts, estates, churches, government agencies, Indian tribal entities, certain individuals, and others.) ▶ See separate instructions for each line. ▶ Keep a copy for your records. | 20-5136004 OMB No. 1545-0003 |

1 ... for whom the EIN is being requested

2 Trade ... | ... (different from name on line 1) | 3 Executor, trustee, "care of" name |

4a ... | ... (suite no. and street, or P.O. box) | 5a Street address (if different) (Do not enter a P.O. box) |
4b ... | ... 92676 | 5b City, state, and ZIP code |

6 ... business located ... CA

7a Name ... | ... general partner, grantor, owner, or trustor | 7b* SSN, ITIN, EIN 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 |

8a ... | ... | Estate (SSN of decedent)<br>Plan administrator (SSN)<br>Trust (SSN of grantor)<br>National Guard       ☐ State/local government<br>Farmers' cooperative   ☐ Federal government/military<br>REMIC                  ☐ Indian tribal government/enterprises<br>Group Exemption No. (GEN) ▶ |

9 ... | ... of foreign country | State CA | Foreign country |

10 ... | ... | ☐ Banking purpose (specify purpose) ▶<br>☐ Changed type of organization (specify new type) ▶<br>☐ Purchased going business<br>☐ Created a trust (specify type) ▶<br>☐ Created a pension plan (specify type) ▶ |

... | ... (month, day, year) | 11* Closing month of accounting year DEC |

12 ... were paid or will be paid (month, day, year) Note: If applicant is a withholding agent, enter date ... after (month, day, year) ... ▶ JUN 27 2006

13 ... | ... next twelve months Note: If the applicant ... wages during this period, enter "-0-" ........▶ | Agriculture 0 | Household 0 | Other 0 |

... | ... of your business  Health care & social assistance   ☐ Wholesale-agent/broker<br>... Leasing   ☐ Transportation & warehousing   ☐ Accommodation & food service   ☐ Wholesale-other<br>...   Finance & insurance   Retail

... indicate ... specific construction work done; products produced; or services provided.

... identification number for this or any other business? ........... ☐ Yes ☒ No

... give applicant's legal name and trade name shown on prior application if different from line 1 or 2 above.

18 ... where the application was filed. Enter previous employer identification number if known.<br>... City and state where filed | Previous EIN |

... is the named individual to receive the entity's EIN and answer questions about the completion of this form

Designee ... | | Designee's telephone number (include area code)<br>( 949 ) 450 - 4942<br>Designee's fax number (include area code)<br>... CA 92616 -   ( 949 ) 453 - 8774 |

... | ... this application ... best of my knowledge and belief, it is true, | Applicant's telephone number (include area code) |

Signature          Date      June 30, 2006 GMT

( 714 ) 692 - 5020
Applicant's fax number (include area code)
( ) -

**2013 FOREIGN LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# M06000005198

Entity Name: SOLACE FINANCIAL, LLC

**FILED**
**May 01, 2013**
**Secretary of State**
**CC7883940115**

**Current Principal Place of Business:**

2550 W. TYVOLA ROAD
SUITE 240
CHARLOTTE, NC 28217

**Current Mailing Address:**

2550 W. TYVOLA ROAD
SUITE 240
CHARLOTTE, NC 28217

FEI Number: 20-5135004

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

NATIONAL CORPORATE RESEARCH, LTD., INC.
155 OFFICE PLAZA DRIVE
TALLAHASSEE, FL 32301 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____    Date

Electronic Signature of Registered Agent

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MEMB |
| Name | JEWELINSKI, JOHN J |
| Address | 160 N. RIVERVIEW DRIVE, SUITE 200 |
| City-State-Zip: | ANAHEIM HILLS CA 92808 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOHN J. JEWELINSKI                           MEMBER           05/01/2013

Electronic Signature of Signing Authorized Person(s) Detail                Date